IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAMELA HORNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:10-cv-952-MEF |
| ) | |
| LITTON LOAN SERVICING, LP, *et al.*, ) | (WO- DO NOT PUBLISH) |
| ) | |
| Defendants. ) | |

## **ORDER**

This cause is before the Court on the parties' Joint Status Report (Doc. # 13), filed April 22, 2011. The Court construes this filing as a motion for extension of time. It is hereby ORDERED that the motion for extension is GRANTED. The parties shall file a joint stipulation of dismissal on or before May 6, 2011.

Done this the 25th day of April, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE